## JEFFERY *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 86, September Term, 1963.]

*Decided January 28, 1964.*

Before HENDERSON, HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM.

For the reasons stated in the opinion of Judge Harlan of the Criminal Court of Baltimore, the application is denied.

*Application denied.*